424

Richard L. Rosenbaum, Fort Dix, NJ, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Defendant–Appellant.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Angel Olaya–Carvajal in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Olaya–Carvajal's convictions and sentences are **AFFIRMED.**

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for J.H. Hardy in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hardy's revocation of supervised release and resulting sentence are **AFFIRMED.**

UNITED STATES of America, Plaintiff–Appellee,

v.

J.H. HARDY, Defendant–Appellant.

No. 09–11063

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2009.

Maurice C. Grant, II, Jacksonville, FL, for Defendant–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Dontarion BRATTON, Defendant–Appellant.

No. 09–12044

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2009.

Mary Erickson, Decatur, GA, for Appellant.